1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
Bridget_Kennedy@fd.org
5

6 Attorneys for Eufemio Juan Carrasco-Herrera

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) Case No. 08CR1202-WQH |
| 12     Plaintiff, | ) DATE: June 17, 2008 |
| | ) TIME: 9:00 a.m. |
| 13 v. | ) |
| | ) NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 EUFEMIO JUAN CARRASCO-HERRERA, | ) (1) COMPEL DISCOVERY AND PRESERVE |
| | )     EVIDENCE; and |
| 15     Defendant. | ) (2) GRANT LEAVE TO FILE FURTHER |
| | )     MOTIONS |
| 16 _____ ) | |

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      CARLA J. BRESSLER, ASSISTANT UNITED STATES ATTORNEY:
18

19     PLEASE TAKE NOTICE that on June 17, 2008 at 9:00 a.m. or as soon thereafter as counsel may

20 be heard, defendant, Eufemio Juan Carrasco-Herrera, by and through his attorneys, Bridget Kennedy, and

21 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

22 //

23 //

24 //

25 //

26 //

27 //

28

08CR1202-WQH

## **MOTIONS**

Defendant, Eufemio Juan Carrasco-Herrera, by and through Counsel, Bridget Kennedy, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery and Preserve Evidence;
(2) Grant Leave to File Further Motions

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: June 10, 2008

 *s/ Bridget Kennedy*
**BRIDGET KENNEDY**
Federal Defenders of San Diego, Inc.
Bridget_Kennedy@fd.org
Attorneys for Mr. Carrasco-Herrera