1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Carrasco-Herrera
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10         **(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08CR1202-WQH |
| 12             Plaintiff, ) | |
| 13 v.                        ) | PROOF OF SERVICE |
| 14 **EUFEMIO JUAN CARRASCO-HERRERA**, ) | |
| 15             Defendant.    ) | |

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20        **CARLA L. BRESSLER, Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: June 10, 2008                    _s/ Bridget L. Kennedy_
                                           **BRIDGET L. KENNEDY**
23                                         Federal Defenders
                                           225 Broadway, Suite 900
24                                         San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
25                                         (619) 687-2666  (fax)
                                           e-mail:bridget_kennedy@fd.org
26
27
28