UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 23  AM 9: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1202-WQH |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| EUFEMIO JUAN CARRASCO-HERRERA (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8 USC 1325 (MISDEMEANOR) 8 USC 1325 (FELONY)__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 21, 2008

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ENTERED ON __7/22/08__