UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

EUFEMIO JUAN CARRASCO-HERRERA (1),

        Defendant.

CASE NO. 08CR1202-WQH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325 (MISDEMEANOR) 8 USC 1325 (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 21, 2008

                                      WILLIAM Q. HAYES
                                      UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 7/23/08

United States Marshal

By: K. Carson
    USMS Criminal Section

ENTERED ON 7/22/8